**Addendum to Application to Proceed in District Court without Prepaying Fees or Costs**
**(March 16th 2021)**
(partially since my handwriting is so bad)

Further details on income:

My income on my 2020 taxes (1040) is $3349
My income on my 2019 taxes (1040) is $5100
My income for    2018 taxes (1040) is    $0 (not required to file due to zero income)
My income for    2017 taxes (1040) is    $0 (not required to file due to zero income)
My income for    2016 taxes (1040) is    $0 (not required to file due to zero income)

LLCs:

It also states that I "own two LLCs", of which I am the managing member with the majority of the membership units.

The two LLCs (Callister LLC and Scales of Justice LLC) are each Arizona LLCs - each of the LLCs has a negative book value, and the total cash in bank accounts (together) is under a few hundred dollars total between the two.

Child Support:

I do not list any dependents on my taxes, but I do owe Child Support.

I have paid Child Support... for the past 6 calendar years, from 2015 to 2021, inclusive,
I have paid a total of $7521.20. The last time I was caught up with Child Support was June 2014.

Bank accounts:

I have personal two bank accounts, one with Bank of America, where I am currently $146 overdrawn, the other account has $2 in it (Credit Union). I have $21 in cash at the moment, but I expect things to improve, of course.

*[signature]*
3/16/2021