UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CARL A. WESCOTT,

    Plaintiff,

v.                                                  Case No. 3:21-cv-318-BJD-JRK

JOSEPH SIMONETTA,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before the Court sua sponte. Pro se Plaintiff initiated this case on March 22, 2021 but did not pay a filing a fee. On March 23, 2021, the Court directed Plaintiff to show cause why the case should not be transferred to the Tampa Division of the Middle District of Florida. (Doc. 3 at 3). When Plaintiff failed to respond, the Court then ordered Plaintiff to show cause on or before June 14, 2021, why the case should not be dismissed for failure to comply with the Court's Orders and failure to prosecute. (Doc. 5 at 2).

To date, Plaintiff has not responded. The Eleventh Circuit has repeatedly "held that a district court does not abuse its discretion in dismissing a civil complaint under Rule 41(b) where the record indicates deliberate and repeated conduct of noncompliance." See, e.g., McDonald v.

<u>Emory Healthcare Eye Ctr.</u>, 391 F. App'x 851, 854 (11th Cir. 2010). Moreover, Local Rule 3.10 affords courts discretion to dismiss a case where the case is not being diligently prosecuted and the plaintiff fails to provide good cause for the delay, despite an opportunity to do so.

Accordingly, after due consideration, it is

**ORDERED:**

This case is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case and for Plaintiff's failure to comply with the Court's Orders.

**DONE** and **ORDERED** in Jacksonville, Florida this 11th day of August, 2021.

_____
BRIAN J. DAVIS
United States District Judge

2
Copies furnished to:

Counsel of Record
Unrepresented Parties